IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE RADFORD                                                                                    PLAINTIFF

vs.                                        Civil No. 1:14-CV-1021

DANIEL MOORE, *et al.*                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 1, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's claims challenging his incarceration be dismissed and that all claims against Nurse Lisa Pennington, Dr. Andrew Wollfley, Quinton Bailey, and Rita Phillips be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims challenging his incarceration are **DISMISSED**; all of Plaintiff's claims against Nurse Lisa Pennington, Dr. Andrew Wollfley, Quinton Bailey, and Rita Phillips are **DISMISSED**; and Nurse Lisa Pennington, Dr. Andrew Wollfley, Quinton Bailey, and Rita Phillips are **DISMISSED** from this action without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915(A). Plaintiff's claim of excessive force against Officers Moore, Lark, and Kirby remain.

**IT IS SO ORDERED**, this 30th day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge