IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE RADFORD                                                                                    PLAINTIFF

v.                                                Civil No. 1:14-cv-01021

DANIEL MOORE;
SHUMEECIE LARK; and
SAM KIRBY                                                                                        DEFENDANTS

## ORDER

Plaintiff Jessie Radford filed his complaint in this matter *pro se* on April 3, 2014. ECF No. 1. His application to proceed *in forma pauperis* was granted June 30, 2014. ECF No. 7. Before the Court is Plaintiff's Motion for an order transporting him to trial. ECF No. 46.

A trial date has been set in this matter for the week of April 10, 2017. The Court will issue a Writ to the Arkansas Department of Correction ("ADC") unit where Plaintiff is incarcerated at that time ordering the ADC to transport Plaintiff to El Dorado, Arkansas for trial. This Writ will be issued within thirty (30) days of the date of trial.

Accordingly, Plaintiff's Motion for an order transporting him to trial (ECF No. 46) is **DENIED.**

**IT IS SO ORDERED this 22th day of December 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE